UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Chantelle A. E. Humphreys
(full name of the plaintiff or petitioner applying (each person must submit a separate application))

**16CV9707**

_____ CV _____ ( ) ( )
(Provide docket number, if available; if filing this with your complaint, you will not yet have a docket number.)

-against-

New York City Health and Hospitals Corporation

(full name(s) of the defendant(s)/respondent(s))

## APPLICATION TO PROCEED WITHOUT PREPAYING FEES OR COSTS

I am a plaintiff/petitioner in this case and declare that I am unable to pay the costs of these proceedings and I believe that I am entitled to the relief requested in this action. In support of this application to proceed *in forma pauperis* (IFP) (without prepaying fees or costs), I declare that the responses below are true:

1. *Are you incarcerated?*   ☐ Yes   ☑ No   (If "No," go to Question 2.)
   I am being held at: _____

   Do you receive any payment from this institution?   ☐ Yes   ☑ No

   Monthly amount: _____

   If I am a prisoner, *see* 28 U.S.C. § 1915(h), I have attached to this document a "Prisoner Authorization" directing the facility where I am incarcerated to deduct the filing fee from my account in installments and to send to the Court certified copies of my account statements for the past six months. *See* 28 U.S.C. § 1915(a)(2), (b). I understand that this means that I will be required to pay the full filing fee.

2. *Are you presently employed?*   ☐ Yes   ☑ No
   If "yes," my employer's name and address are:

   Gross monthly pay or wages: _____

   If "no," what was your last date of employment? _____

   Gross monthly wages at the time: _____

3. In addition to your income stated above (which you should not repeat here), have you or anyone else living at the same residence as you received more than $200 in the past 12 months from any of the following sources? Check all that apply.

   (a) Business, profession, or other self-employment    ☐ Yes   ☑ No
   (b) Rent payments, interest, or dividends            ☑ Yes   ☑ No

   → my mother is not living with me but she is giving me money for my rent until I find a job

SDNY Rev: 8/5/2015

(c) Pension, annuity, or life insurance payments     ☐ Yes   ☑ No
(d) Disability or worker's compensation payments    ☐ Yes   ☑ No
(e) Gifts or inheritances                           ☑ Yes   ☐ No
(f) Any other public benefits (unemployment, social security, food stamps, veteran's, etc.)   ☐ Yes   ☑ No → medicaid Health Insurance
(g) Any other sources  See bottom of front page    ☑ Yes   ☐ No

If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.

My mom is not living with me but she is temporarily paying my rent/food until I find a job than I have to pay her back. I also get 350 per month from my grandmother life insurance.

If you answered "No" to all of the questions above, explain how you are paying your expenses:

I also sat in the audience of a tv show and made $500 over the 12 mon.

4. How much money do you have in cash or in a checking, savings, or inmate account?

Probably 1,000 in my cash accumulation fund.

5. Do you own any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value, including any item of value held in someone else's name? If so, describe the property and its approximate value:

NO

6. Do you have any housing, transportation, utilities, or loan payments, or other regular monthly expenses? If so, describe and provide the amount of the monthly expense:

My rent is 1115 and my car is Approx 356 (I can't afford to pay my student loans)

7. List all people who are dependent on you for support, your relationship with each person, and how much you contribute to their support (only provide initials for minors under 18):

None

8. Do you have any debts or financial obligations not described above? If so, describe the amounts owed and to whom they are payable:

I owe money for student loans but I can't afford it right now

Declaration: I declare under penalty of perjury that the above information is true. I understand that a false statement may result in a dismissal of my claims.

12/15/16
Dated

Signature: Chantelle Humphreys

Name (Last, First, MI): Humphreys, Chantelle Anais Elizabeth

Prison Identification # (if incarcerated):

Address: 45 Westwood drive    City: Stamford   State: CT   Zip Code: 06902

Telephone Number: 917-971-3429

E-mail Address (if available): chumphreyscmu@gmail.com

IFP Application, page 2