The Law Office of Delmas A. Costin, Jr.
177 E. 161st Street
Bronx, NY 10451

dacostin@dacostinlaw.com  Tel: (718) 618-0589
www.dacostinlaw.com  Fax: (347) 510-0099

November 1, 2018

**Via ECF**
The Hon. Vernon S. Broderick
United States District Court
Southern District of New York
40 Foley Square, Room 415
New York, NY 10007

Re: Humphreys v. New York City Health and Hospitals Corporation
Case No. 16-cv-9707

Your Honor:

I represent the Plaintiff in the above referenced matter. I send this letter to inform Your Honor, that Plaintiff will not file a Fourth Amended Complaint. Counsel for the parties have met and conferred and agree that Plaintiff's claims of retaliation and a retaliatory hostile work environment (collectively Counts 2, 3, 4, 8 and 9) relate to all protected classes alleged in the complaint including religion. Thank you for your consideration. Please contact the undersigned with any questions.

Respectfully,

/s/
Delmas A. Costin, Jr.

cc: J. Corbin Carter, Esq.