**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| CHANTELLE A.E. HUMPHREYS | **Case No. 16-cv-9707 (VSB)** |
| Plaintiff, | |
| - against – | **NOTICE OF MOTION** |
| NEW YORK CITY HEALTH AND HOSPITAL CORPORATION | |
| Defendant. | |

      PLEASE TAKE NOTICE that upon the accompanying Declaration, dated January 7, 2019, Plaintiff's counsel, The Law Office of Delmas A. Costin, Jr., P.C., will move this Court before Judge Vernon S. Broderick at the United States District Court for the Southern District of New York, 40 Centre Street, New York, New York 10007, on a date and time to be determined, for an Order pursuant to Local Rule 1.4 permitting The Law Office of Delmas A. Costin, Jr., P.C., to withdraw as Plaintiff's counsel, and an Order staying further discovery for 120 days until Plaintiff has retained new counsel, and for such other and further relief as the Court deems just and proper.

      PLEASE TAKE FURTHER NOTICE that, pursuant to Local Rule 6.1(b) of the Southern District of New York, answering papers, if any shall be served within ten days after service of the papers herein.

Dated: Bronx, N.Y.
      January 8, 2019

                The Law Office of Delmas A. Costin, Jr., P.C.

                By:_____/s/_____
                Delmas A. Costin, Jr., Esq.
                Attorney for Plaintiff
                177 E. 161st Street
                Bronx, NY 10451
                (718) 618-0589 (O)
                (347) 510-0099 (F)
                dacostin@dacostinlaw.com

To:    J. Corbin Carter, Esq.
       New York City Law Department
       100 Church Street, Rm 2-183
       New York, NY 10007
       (212) 356-2078 (O)