Honorable Vernon S. Broderick  
United States District Court  
Southern District of New York  
New York, New York 10007

January 11, 2019

RECEIVED
SDNY PRO SE OFFICE
2019 JAN 11 AM 9: 43
S.D. OF N.Y.

<u>Re: Humphreys v. New York City Health And Hospitals Corporation</u>
Case No.: 16-CV-9707 (VSB)

Dear Judge Broderick:

I am writing this letter in response to Mr. Costin's request to withdraw [*See* Dkt No. 60]. I am okay with Mr. Costin withdrawing from this case, I just wanted to make a record that I don't agree with his stated grounds for withdrawl and I disagree that he has any lien on this case [*See* Dkt No. 60].

Sincerely,

*Chantelle A.E. Humphreys*
Chantelle A.E. Humphreys
Plaintiff
45 Westwood Drive
Stamford, Connecticut 06902
chumphreyscmu@gmail.com
(917) 971-3429