UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
        :
CHANTELLE A.E. HUMPHREYS,       :
        :
       Plaintiff,  :
        :
   - against -       :
        :
        :    16-CV-9707 (VSB)
NEW YORK CITY HEALTH AND   :
HOSPITALS CORPORATION,     :    **ORDER**
        :
       Defendant.  :
  .       :
        :
------------------------------------------------------------X

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC #:** _____
**DATE FILED:** 10/12/2020

<u>VERNON S. BRODERICK</u>, United States District Judge:

    The parties in this matter appeared before me for a telephonic post-discovery conference on October 9, 2020, at 2:30 p.m.  It is hereby:

    ORDERED that the parties are directed to submit a joint letter on or before October 23, 2020 advising me of whether the parties have resolved their discovery dispute or, if parties remain unable to resolve their dispute, proposing a date for a joint submission detailing each parties' position with respect to the discovery demands at issue.  In that same letter, the parties should advise me of the status of the spoliation issue raised by Plaintiff during the conference.

SO ORDERED.

Dated: October 12, 2020
      New York, New York

*[Signature]*
Vernon S. Broderick
United States District Judge