UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

CHANTELLE A.E. HUMPHREYS,

                Plaintiff,                      16-CV-09707 (VSB)(SN)

      -against-                                     ORDER

NEW YORK CITY HEALTH AND
HOSPITALS CORPORATION,

                Defendant.
-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      A telephone conference is scheduled for November 23, 2021, at 11 a.m., to discuss the parties' interest in scheduling a settlement conference. At that time the parties should dial into the Court's dedicated teleconferencing line at (877) 402-9757 and enter Access Code 7938632, followed by the pound (#) key. If this date is unavailable for any party, they must contact Courtroom Deputy Rachel Slusher immediately at (212) 805-0286.

**SO ORDERED.**

                                                              _____
                                                              SARAH NETBURN
                                                              United States Magistrate Judge

DATED:    New York, New York
                November 22, 2021