**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X

CHANTELLE A.E. HUMPHREYS,

                **Plaintiff,**

       **-against-**

NEW YORK CITY HEALTH AND
HOSPITALS CORPORATION,

                **Defendant.**

-------------------------------------------------------------------X

**16-CV-09707 (VSB)(SN)**

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:___ 11/22/2021

**SARAH NETBURN, United States Magistrate Judge:**

    The conference currently scheduled for November 23, 2021, is RESCHEDULED for Monday, December 6, 2021, at 2:00 p.m. At that time, the parties should dial into the Court's dedicated teleconferencing line at (877) 402-9757 and enter Access Code 7938632, followed by the pound (#) key.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:     November 22, 2021
            New York, New York