```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/7/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

CHANTELLE A.E. HUMPHREYS,

                 Plaintiff,

      -against-

NEW YORK CITY HEALTH AND HOSPITALS
CORPORATION,

                 Defendant.

------------------------------------------------------------X

16-CV-09707 (VSB)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

      On December 6, 2021, the Court held a conference to discuss the parties' interest in scheduling a settlement conference. As the parties do not feel that a settlement conference would be productive at this time, the Defendant is directed to file a letter by December 20, 2021, stating whether it intends to file a Motion for Summary Judgment. If Defendant intends to file a Motion for Summary Judgment, it shall propose a reasonable briefing schedule after consulting with Plaintiff's counsel.

**SO ORDERED.**

                                      SARAH NETBURN
                                      United States Magistrate Judge

DATED:    New York, New York
              December 7, 2021