```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/2/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

CHANTELLE A.E. HUMPHREYS,

                     **Plaintiff,**                      16-CV-09707 (VSB)(SN)

     -against-                                       **ORDER**

NEW YORK CITY HEALTH AND HOSPITALS
CORPORATION,

                     **Defendant.**

-------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

    In light of the Court's decision on Plaintiff's motion for sanctions for spoliation and the extension of time to file a motion for summary judgment, the parties are ORDERED to meet and confer as to whether a settlement conference would be productive at this time. If the parties believe that a settlement conference would be productive, they are directed to contact Courtroom Deputy Rachel Slusher by email at Rachel_Slusher@nysd.uscourts.gov with three mutually convenient dates. Due to the Court's busy calendar, settlement conferences must generally be scheduled at least four to six weeks in advance. The Court will likely be unable to accommodate last-minute requests for settlement conferences, and the parties should not anticipate that litigation deadlines will be adjourned in response to late requests for settlement conferences.

**SO ORDERED.**

                                                             _____
                                                             SARAH NETBURN
                                                              United States Magistrate Judge

DATED:     March 2, 2022
               New York, New York