UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

CHANTELLE A.E. HUMPHREYS,

                    Plaintiff,

      -against-

NEW YORK CITY HEALTH AND HOSPITALS
CORPORATION,

                    Defendant.

-----------------------------------------------------------------X

16-CV-09707 (VSB)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge**:

      The parties are directed to meet and confer as to whether a settlement conference would be productive at this time. If the parties believe that a settlement conference would be productive, they shall email Courtroom Deputy Diljah Shaw at diljah_shaw@nysd.uscourts.gov with both parties on the email. Due to the Court's busy calendar, settlement conferences must generally be scheduled at least six to eight weeks in advance. The Court will likely be unable to accommodate last-minute requests, and the parties should not anticipate that litigation deadlines will be adjourned in response to late requests.

SO ORDERED.

SARAH NETBURN
United States Magistrate Judge

DATED:    December 27, 2023
              New York, New York